UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH ADAMO,<br><br>                Plaintiff,<br><br>v.<br><br>STATEWIDE AMBULETTE SERVICE, INC., and ALAN HEBEL, in his individual capacity,<br><br>                Defendants. | DEFAULT JUDGMENT<br><br>Civil Action No. 13-cv-2657(CS) |

UPON CONSIDERATION OF:

Plaintiff Joseph Adamo's application for an Order to Show Cause why default judgment should not be entered against Defendant Statewide Ambulette Service, Inc.; and

Defendant Statewide Ambulette Service, Inc.'s opposition thereto; and

All proceedings before this Court, including the Second Amended Complaint, the Clerk's Entry of Default regarding same, this Court's prior inquest and entry of judgment against Defendant Alan Hebel, and the Declaration of Nathaniel K. Charny dated October 22, 2021, and the proceedings before this Court held thereafter;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    1.     The Clerk shall enter judgment against Defendant Statewide Ambulette Service, Inc., in the amount of $404,395.85 with joint and several liability as against the Judgment previously entered against Mr. Hebel; which is comprised of damages totaling $369,823.35 along with attorneys fees and costs totaling $34,572.50 as set forth on Plaintiff's Exhibit 5, received in evidence at the inquest held before this Court on February 22, 2016.

2.      THE CLERK IS INSTRUCTED TO ENTER THIS JUDGMENT as against Defendant Statewide Ambulette Service, Inc. forthwith.

White Plains, New York
_____10/1_____, 2025

_____*Cathy Seibel*_____
U.S.D.J.